Before KING, JOLLY, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

William M. Bryson, Jr., federal prisoner # 95662–071, appeals the striking of his pleadings for failure to comply with the sanction order issued in *Bryson v. United States,* No. 1:08–CV–0142 (W.D.La. Mar. 25, 2008). Bryson argues that the district court abused its discretion in construing his pleadings as a request for 28 U.S.C. § 2241 relief and, as such, abused its discretion in enforcing the earlier-imposed sanctions.

The sanction order in *Bryson v. United States,* No. 1:08–CV–0142, specified that, on account of his filing numerous frivolous collateral challenges to his sentence, Bryson was required to pay a $100 fine and seek written authorization from a district judge before filing "any pleading." The district court's construction of Bryson's pleadings was therefore not germane to its order striking them. Bryson made no attempt to comply with this order, and his appeal from the sanction order was dismissed. The record discloses no abuse of discretion on the part of the district court. *See Gelabert v. Lynaugh,* 894 F.2d 746, 747–48 (5th Cir.1990).

AFFIRMED.

---

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Javier Arinson LANDAZURI, also known as Tony, Defendant–Appellant.**

**No. 08–30990 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 15, 2009.

Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, Brett L. Grayson, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Carol B. Whitehurst, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before KING, JOLLY, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Javier Arinson Landazuri has

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Landazuri has filed a response. Our independent review of the record, counsel's brief, and Landazuri's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Donald Joseph BARNE, Defendant–**
**Appellant.**

**No. 08–31172**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 2009.

Tracey Nicole Knight, Assistant U.S. Attorney, U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

Virginia Laughlin Schlueter, Federal Public Defender, Federal Public Defender's Office, New Orleans, LA, for Defendant–Appellant.

Before KING, JOLLY, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Donald Joseph Barne has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Barne has not filed a response. The record is insufficiently developed to allow consideration at this time of any potential claim of ineffective assistance of counsel identified by counsel; such a claim generally "cannot be resolved on direct appeal when [it] has not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell*, 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.